UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )
)                               Mag. No. 18-9171
)        Misdemeanor Class A VIOLATIONS      7348182
v.                       )
)
ARSLAN NAVEED           )
)
                                         Offense on a Federal
                                              Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day Stephen Ferketic, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 29th day of June 2018, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of New Jersey, ARSLAN NAVEED did, at approximately 18:13 hours, at

BATTERY KINGMAN

1) Unlawfully touched another person within maritime and territorial jurisdiction in violation of 1) 18 U.S.C. 13 NJSA 2C:12-1

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

Stephen Ferketic
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

9/19/18
DATE

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE